### UNITED STATES of America, Plaintiff–Appellee,

v.

### Terrence J. WHITE, Defendant–Appellant.

### No. 08–6816.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 27, 2008.

Terrence J. White, Appellant Pro Se. John Staige Davis, V, Brian Lee Whisler, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence J. White appeals the district court's order denying relief on White's motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny White's motion for remand and affirm for the reasons stated by the district court. *United States v. White*, No. 3:01–cr–00190–LMB–1 (E.D.Va. May 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*